UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN SUITT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-3887** |
| **W.S. McCAIN, WARDEN** | **SECTION: "S"(3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  As stated in the Report and Recommendation, the petition was untimely, and petitioner does not address the timeliness issue in his objection.  Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by John Suitt is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE